# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN JERMAINE CHARLES

NO. 2021 KW 1088

**DECEMBER 20, 2021**

---

In Re:     Steven Jermaine Charles, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 548,792.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT NOT CONSIDERED.** The district court set August 6, 2021 as the return date. The instant writ application was e-filed on September 17, 2021, which is untimely. Counsel failed to include documentation of a timely request for an extension of the original return date, the new return date, or an explanation for the delay in filing the writ application. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Furthermore, this writ application appears to be a duplicate of 2021 KW 0922, wherein this court addressed a similar claim. See **State v. Charles**, 2021-0922 (La. App. 1st Cir. 10/25/21), 2021 WL 4948278.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT